IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| TERRENCE T. LAUESEN, JR. | ) 03 B 50241 |
| | ) |
| Debtor(s). | ) Honorable Carol A. Doyle |

### ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's Own Motion, a status hearing will be held in the above referenced case on August 2, 2006 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois. Phillip Levey, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

Date: June 20, 2006

ENTERED:

Carol A. Doyle
United States Bankruptcy Judge