UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LAUESEN, TERRENCE T JR. | ) | CASE NO. 03 B 50241 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

Social Security/Employer Tax ID Number:    XXX-XX-7843

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

   On: **August 5, 2008**             Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $1,984.04 |
   | Disbursements | $64.69 |
   | Net Cash Available for Distribution | $1,919.35 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | Phillip D. Levey<br>Trustee | $0.00 | $496.01 | $48.31 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $2,135.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $19,276.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.*

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citibank (South Dakota) NA | $9,572.39 | $0.00 |
| 2 | Discover Bank | $3,720.75 | $0.00 |
| 3 | Credigy Receivables Inc | $5,983.02 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| BANK ACCOUNT | $10.00 |
| HOUSEHOLD FURNISHINGS | $500.00 |
| WEARING APPAREL | $200.00 |
| 401(k) | $12,000.00 |
| PENSION | $6,000.00 |
| 2002 DODGE 1500 PICK-UP | $23,840.00 |
| TAX REFUND | $0.00 |

Dated: **June 23, 2008**                                             For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL 60614 |
| Phone No.: | (773) 348-9682 |

---

* Estate is administratively insolvent due to the fact that costs of administration were greater and receipts were less than initially estimated.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Jun 23, 2008
Case: 03-50241                Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Jun 25, 2008.
db              Terrence T Lauesen, Jr,   6736 North Odell Avenue,    Chicago, Il 60631-3920
aty            +Timothy K Liou,   Liou Law Firm,    575 West Madison St,   Suite 361,   Chicago, IL 60661-2614
tr             +Phillip D Levey, ESQ,   2722 North Racine Avenue,    Chicago, IL 60614-1206
7579583        +Academy Collection Service, Inc.,   10965 Decatur Road,    Philadelphia, PA 19154-3294
7579584        +Baker, Miller, Markoff &Krasny,   19th Floor,   11 South LaSalle,    Chicago, IL 60603-1203
8970668        +Citibank (South Dakota) NA,   Exception Payment Processing,    PO Box 6305,
                 The Lakes, NV 88901-6305
7579585         Citibank Credit Cards,   Citicorp Credit Services,   Box 20507,    Kansas City, MO 64195-0507
9154564        +Credigy Receivables Inc,   Credigy Services Corp,   PO Box 2689,    Suwanee, GA 30024-0984
7579587        +First Select Corporation,   Box 9180,   Pleasanton, CA 94566-9180
7579588         Household Bank,   Household Credit Services,   Box 17051,    Baltimore, MD 21297-1051
7579589        +Household Finance Corp.,   108 Commons Drive,   Chicago Ridge, IL 60415-1285
7579582        +Law Office Of Timothy K Liou,   Suite 361 575 West Madison Street,    Chicago, IL 60661-2614
7579590        +MBNA America,   Box 15027,   Wilmington, DE 19850-5027
7579591         Peoples Gas Credit Union,   130 East Randolph Drive,    Chicago, IL 60601-6207

The following entities were served by electronic transmission on Jun 24, 2008.
7579586         E-mail/PDF: mrdiscen@discoverfinancial.com Jun 24 2008 06:17:59      Discover Card,
                 Greenwood Trust Company,   Box 6011,   Dover, DE 19903-6011
8970953         E-mail/PDF: mrdiscen@discoverfinancial.com Jun 24 2008 06:17:59      Discover Bank,
                 Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7579581*        Terrence T Lauesen Jr,   6736 North Odell Avenue,    Chicago, IL 60631-3920
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2008**       **Signature:** *Joseph Speetjens*