IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| TERRENCE T. LAUESEN, JR., | ) | CASE NO. 03 B 50241 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE CAROL A. DOYLE
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 10-21-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

03-50241:32.1:Application for Compensation:Proposed Order Entered: 6/15/2008 5:29:50 PM by:Phillip Levey Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| LAUESEN, TERRENCE T JR. | ) | CASE NO. 03 B 50241 |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $496.01 |
| 2. | Trustee's expenses | $48.31 |
| | TOTAL | $544.32 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation — $2,135.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

3. Other professionals
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: Aug 5, 2008

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LAUESEN, TERRENCE T JR. | ) | CASE NO. 03 B 50241 |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,919.90 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00[2] |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $1,919.90 |

---

[2] Estate is administratively insolvent due to the fact that costs of administration were greater and receipts were less than initially estimated.

EXHIBIT D

# FINAL DISTRIBUTION

| Case Number: 03-50241   CAD | Page 1 | Date: August 11, 2008 |
|---|---|---|

Debtor Name: LAUESEN, TERRENCE T JR.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,919.90 |
| | **Claim Type 2100-00 - Trustee Compensation** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $544.32 *<br>$544.32 | $0.00 | $544.32 | $390.04 | $1,529.86 |
| | | | | Percent Paid: 71.65638 % | | | | |
| | Subtotal For Claim Type 2100-00 | | | $544.32 *<br>$544.32 | $0.00 | $544.32 | $390.04 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $2,135.00 *<br>$2,135.00 | $0.00 | $2,135.00 | $1,529.86 | $0.00 |
| | | | | Percent Paid: 71.65621 % | | | | |
| | Subtotal For Claim Type 3110-00 | | | $2,135.00 *<br>$2,135.00 | $0.00 | $2,135.00 | $1,529.86 | |
| | Subtotals For Class Administrative   71.65624 % | | | $2,679.32 *<br>$2,679.32 | $0.00 | $2,679.32 | $1,919.90 | |
| | **Claim Type 7100-90 - Payments to Unsecured Credit** | | | | | | | |
| 000001 | Citibank (South Dakota) NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901 | Unsec | 610 | $9,572.39 *<br>$9,572.39<br>Percent Paid: 0.00000 % | $0.00 | $9,572.39 | $0.00 | $0.00 |
| 000002 | Discover Bank<br>Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Unsec | 610 | $3,720.75 *<br>$3,720.75<br>Percent Paid: 0.00000 % | $0.00 | $3,720.75 | $0.00 | $0.00 |
| 000003 | Credigy Receivables Inc<br>Credigy Services Corp<br>PO Box 2689<br>Suwanee, GA 30024 | Unsec | 610 | $5,983.02 *<br>$5,983.02<br>Percent Paid: 0.00000 % | $0.00 | $5,983.02 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-90 | | | $19,276.16 *<br>$19,276.16 | $0.00 | $19,276.16 | $0.00 | |
| | Subtotals For Class Unsecured   0.00000 % | | | $19,276.16 *<br>$19,276.16 | $0.00 | $19,276.16 | $0.00 | |

**FINAL DISTRIBUTION**

| Case Number: 03-50241    CAD | | Page: 2 | | | |
|---|---|---|---|---|---|
| Debtor Name: LAUESEN, TERRENCE T JR. | | | | | Date: August 11, 2008 |

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $21,955.48 $21,955.48 | $0.00 | $21,955.48 | $1,919.90 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 03-50241 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | LAUESEN, TERRENCE T JR. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1877 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7826 | | |
| For Period Ending: | 10/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/14/08 | 6 | Raymond James Company | Stock Sale Proceeds | | 1,919.26 | | 1,919.26 |
| | | RAYMOND JAMES COMPANY | Memo Amount:   1,983.95 | 1129-000 | | | |
| | | | Stock Sale Proceeds | | | | |
| | | RAYMOND JAMES COMPANY | Memo Amount:  (   64.69 ) | 2500-000 | | | |
| | | | Brokerage Commission & Handling Fee | | | | |
| 05/30/08 | 9 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.09 | | 1,919.35 |
| 06/30/08 | 9 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.24 | | 1,919.59 |
| 07/31/08 | 9 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.24 | | 1,919.83 |
| 08/11/08 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 1,919.90 |
| 08/11/08 | | Transfer to Acct #*******3166 | Final Posting Transfer | 9999-000 | | 1,919.90 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,983.95 | COLUMN TOTALS | 1,919.90 | 1,919.90 | 0.00 |
| Memo Allocation Disbursements: | 64.69 | Less: Bank Transfers/CD's | 0.00 | 1,919.90 | |
| | | Subtotal | 1,919.90 | 0.00 | |
| Memo Allocation Net: | 1,919.26 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 1,919.90 | 0.00 | |

Page Subtotals    1,919.90    1,919.90

Ver: 14.03b

LFORM24

| Case No: | 03-50241 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LAUESEN, TERRENCE T JR. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7826 | | |
| For Period Ending: | 10/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/08 | | Transfer from Acct #*******1877 | Transfer In From MMA Account | 9999-000 | 1,919.90 | | 1,919.90 |
| 08/12/08 | 000101 | Phillip D. Levey | Trustee Compensation | | | 390.04 | 1,529.86 |
| | | | Fees          355.42 | 2100-000 | | | 1,529.86 |
| | | | Expenses     34.62 | 2200-000 | | | 1,529.86 |
| 08/12/08 | 000102 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,529.86 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,919.90 | 1,919.90 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,919.90 | 0.00 | |
| | | Subtotal | | 0.00 | 1,919.90 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 1,919.90 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,983.95 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 64.69 | Money Market Account (Interest Earn - *******1877 | | 1,919.90 | 0.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******3166 | | 0.00 | 1,919.90 | 0.00 |
| Total Memo Allocation Net: | 1,919.26 | | | 1,919.90 | 1,919.90 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       1,919.90       1,919.90

LFORM24                                                                                                  Ver: 14.03b